**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: CESSNA 208 SERIES AIRCRAFT ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> (This Document Relates Only To ) <br> <u>Silvey, et al. v. Cessna Aircraft Co., et al.</u>, ) <br> D. Kan. No. 06-2261-KHV) ) <br> _____) | MDL No: 1721 <br><br> Case No: 05-md-1721-KHV |

## SUGGESTION OF PARTIAL REMAND

This matter is before the Court on <u>Plaintiffs' Motion For Partial Remand To United States District Court For The Northern District Of Texas, Fort Worth Division</u> (Doc. #622) filed October 30, 2008. Plaintiffs Amy Silvey, Individually and as Administratrix of the Estate of Wade Allen Silvey, Deceased, and as Next Friend of Brooke Silvey, a minor, and Bailie Silvey, a minor, and Carolyn Sue Williams, Individually (the "Silvey Plaintiffs") and defendant FlightSafety International, Inc. ("FlightSafety") have settled all claims between them in <u>Silvey, et al. v. Cessna Aircraft Co., et al.</u>, D. Kan. No. 06-2261-KHV. Because the settlement requires court approval and a hearing will involve witnesses who reside in or near Fort Worth, Texas, plaintiffs seek remand to the United States District Court for the Northern District of Texas. On November 20, 2006, the MDL Panel ordered a similar remand of the claims of the Fry plaintiffs. See <u>Separation Of Claims And Conditional Remand Order</u> (Doc. #8) in D. Kan. Case No. 06-2261-KHV. The claims of the Silvey Plaintiffs against FlightSafety are separable from the claims against the remaining defendants in this MDL proceeding and remand of their claims will not affect any other cases in this MDL proceeding.

If these claims are remanded, the Silvey Plaintiffs will still be pursuing claims against Cessna Aircraft Company, Inc. and Goodrich Corporation. The Judicial Panel on Multidistrict Litigation, however, may "separate any claim, cross-claim, counter-claim, or third-party claim and remand any

of such claims before the remainder of the action is remanded." 28 U.S.C. § 1407(a). JPML Rule 7.6(c) provides that the Judicial Panel on Multidistrict Litigation will consider remand of "any separable claim, cross-claim, counterclaim or third-party claim at or before the conclusion of coordinated or consolidated pretrial proceedings" on suggestion of the transferee district court. In these circumstances, the Court finds that remand of the claims between the settling parties is appropriate.

**IT IS THEREFORE ORDERED** that <u>Plaintiffs' Motion For Partial Remand To United States District Court For The Northern District Of Texas, Fort Worth Division</u> (Doc. #622) filed October 30, 2008 be and hereby is **SUSTAINED**.

The Clerk is directed to forward a copy of this Suggestion of Remand to the Judicial Panel for Multidistrict Litigation. Pursuant to 28 U.S.C. § 1407, the Court recommends that the Judicial Panel on Multidistrict Litigation remand to the United States District Court for the Northern District of Texas, Fort Worth Division the claims of the Silvey plaintiffs against FlightSafety International, Inc. in <u>Silvey, et al. v. Cessna Aircraft Co., et al.</u>, D. Kan. No. 06-2261-KHV, N.D. Tex. No. 4:06-cv-00155.

Dated this 17th day of November, 2008 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge
